# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1972.  PHILLIP VAN ZANT v. LAWTON E. STEPHENS, JUDGE.

Phillip Van Zant, a Florida prisoner proceeding pro se, filed this original petition for a writ of mandamus in this Court.  Zant seeks mandamus relief compelling the judge to issue a ruling in a declaratory action he filed in Athens-Clarke County superior court.  However, Zant must first present his petition to the superior court.  "Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).  This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 483 (2) (738 SE2d 614) (2013).  Until such time as Zant has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction.  Accordingly, Zant's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/18/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*